UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ECHOSTAR SATELLITE CORP., *et al.*,           )
                                              )
             Plaintiffs,                      )
                                              )
       v.                                     )   Civil Action No. _____
                                              )
NDS GROUP PLC., *et al.*,                     )
                                              )
             Defendants.                      )

## MOTION TO QUASH SUBPOENA
## BY NON-PARTY KUDELSKI S.A.

Non-party Kudelski S.A. ("Kudelski"), through counsel and pursuant to Fed. R. Civ. P. 45(c), hereby moves to quash a July 27, 2007 subpoena issued by NDS Americas, Inc. ("NDS") and directed to "Kudelski SA c/o NagraStar, LLC," related to litigation currently pending in the United States District Court for the Central District of California. As explained more fully in the Memorandum of Points and Authorities filed herewith and incorporated herein, the Subpoena should be quashed due to improper service of the Subpoena, this Court's lack of personal jurisdiction over Kudelski, and because compliance with the Subpoena would require Kudelski, a non-party foreign corporation, to travel more than 100 miles to a deposition.

WHEREFORE, Kudelski S.A. respectfully requests that the Court quash the Subpoena and enter an order that precludes NDS from taking the deposition of Kudelski, that Kudelski be awarded its costs and attorney's fees in connection with this motion, and for such other and further relief as this Court deems just.

Dated: August 9, 2007

Respectfully submitted,

*Philip L. Cohan SM*
Philip L. Cohan
Syma Mirza (*admission pending*)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 861-3980
Fax: (202) 689-7452
philip.cohan@dlapiper.com
syma.mirza@dlapiper.com

*Counsel for Kudelski S.A.*