UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ECHOSTAR SATELLITE CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| NDS GROUP PLC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Non-Party Kudelski's Motion To Quash Subpoena, it is hereby ORDERED this \_\_\_\_ day of _____, 2007 that the July 27, 2007 Subpoena addressed by NDS Americas, Inc. to Kudelski SA c/o NagraStar, LLC be and hereby is quashed.

 _____
 United States District Court Judge

Copies to:

Philip L. Cohan
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036

David R. Eberhart
Darin W. Snyder
Eric J. Knapp
Ian Ramage
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305

Nathaniel L. Dilger
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th floor
Newport Beach, CA 92660-6429

T. Wade Welsh
Ross W. Wooten
Joseph H. Boyle
Chad M. Hagan
T. WADE WELSH & ASSOCIATES
2401 Fountainview, Suite 700
Houston, TX 77057

David A. Grenardo
Cynthia A. Rickets
DLA PIPER US LLP
1999 Avenue of the Stars, 4th floor
Los Angeles, CA 90067

Michael J. Hartley
WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MACCUISH LLP
333 South Hope Street, 16th floor
Los Angeles, CA 90071

Scott T. Wilsdon
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, WA 98104

Richard L. Stone
Kenneth D. Klein
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067