```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX003366
Cashier ID: sq
Transaction Date: 08/09/2007
Payer Name: DLA PAPER US
------------------------------------
MISCELLANEOUS PAPERS
 For: DLA PAPER US
 Amount:         $39.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $39.00
------------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:     $0.00

07-CV-1672

A fee of $45.00 will be assessed on
any returned check.
```