IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01672-LTB-MJW

ECHOSTAR SATELLITE CORP., et al.,

Plaintiff(s),

v.

NDS GROUP, PLC., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Hearing and Defer Consideration of Non-Party Kudelski S.A.'s Motion to Quash NDS Group PLC's Subpoena for Deposition Testimony (docket no. 9) is GRANTED finding good cause shown. The Motions Hearing set on such motion (docket no. 1) on August 16, 2007, at 1:30 p.m. is VACATED.

It is FURTHER ORDERED that the parties shall file either a stipulation for dismissal or written status report on or before September 28, 2007.

Date: August 16, 2007