# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  07-cv-01672-LTB-MJW          FTR

**Date:**  February 19, 2008                              Shelley Moore, Deputy Clerk

ECHOSTAR SATELLITE CORPORATION,          Christine Willetts
                                                                   Philip L. Cohan (non-party Kudelski
                                        Plaintiff(s),          S.A.)

v.

NDS GROUP, PLC, et al.,                                  Darin W. Snyder

                                        Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**TELEPHONE STATUS CONFERENCE**

**Court in Session 9:04 a.m.**

Court calls case.  Appearances of counsel.

Ms. Willetts states that underlying case in California is set for trial beginning April 8, 2008.  She presents an oral status report.

Mr. Snyder and Mr. Cohan make comments on the same.

The Court and counsel discuss the stipulation that was placed on the record in the Central District of California.

**ORDERED:**     Non-party Kudelski S.A.'s Motion to Quash (DN 1) is GRANTED.  The subpoena is quashed based on mootness.

**ORDERED:**     This case is CLOSED.

**Court in recess 9:13 a.m.**
Total In-Court Time 0:09, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.